COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

                                                                              )

                                                                              )

                                                                              )

                                                                              )               No.  08-05-00385-CV

                                                                              )

IN RE:  MINORITY MEDIA TV-38 LLC            )                    AN ORIGINAL

                                                                              )

                                                                              )     PROCEEDING IN MANDAMUS

                                                                              )

                                                                              )

                                                                              )

 

 

OPINION ON
PETITION FOR WRIT OF MANDAMUS

 

Relator, Minority Media TV-38 LLC, asks this Court to issue
a writ of mandamus against the Honorable Luis Aguilar, Judge of the 120th
District Court of El Paso County. 
Mandamus will lie only to correct a clear abuse of discretion.  Walker v. Packer, 827 S.W.2d 833, 840
(Tex. 1992)(orig. proceeding).  Moreover, there must be no other adequate
remedy at law.  Id.  Based on the record before us, we are unable
to conclude that Respondent clearly abused his discretion.  Accordingly, we deny mandamus relief.  See Tex.R.App.P. 52.8(a).

 

 

December
8, 2005

DAVID WELLINGTON
CHEW, Justice

 

Before Barajas, C.J., McClure, and Chew, JJ.